## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Veronica Roman*, on behalf of herself and all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>Hanesbrands, Inc.,<br><br>Defendant. | **Case No. 1:23-cv-00044-UA-JLW** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Veronica Roman, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendant Hanesbrands, Inc., without prejudice.

Dated: January 20, 2023

Respectfully submitted,

*/s/ Scott C. Harris*
Scott C. Harris (SBN 35328)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
900 W. Morgan Street
Raleigh, North Carolina 27603
Phone: (919) 600-5000
sharris@milberg.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 20, 2023 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/   Scott C. Harris*
Scott C. Harris (SBN 35328)
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
900 W. Morgan Street
Raleigh, North Carolina 27603
Phone: (919) 600-5000
sharris@milberg.com